UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60373-CIV-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MORRIS HINDS,

    Defendant.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Judgment [DE 8], the Court having carefully considered the motion and accompanying certificate of indebtedness [DE 8-2] and affidavit of attorney's fees [DE 8-4], the entire file of this case including plaintiff's complaint and exhibits, return of service by the defendant [DE 4], the Clerk's entry of default against Defendant [DE 7], and the failure of Defendant to timely respond to the instant motion by the deadline of June 29, 2009.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Default Judgment [DE 8] is hereby **GRANTED;**

2. Judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant Morris Hinds, upon the complaint and exhibits herein;

3. Plaintiff shall recover from the Defendant the sum of $5,173.76, consisting of $1,840.88 in unpaid principal, plus the amount of $2,912.99 in interest through the date of this judgment, together with the sum of $20.00 in taxed costs (for service of summons in this case) and $400.00 in attorney's fees, in accordance with the supporting documentation attached to Plaintiff's Complaint and Motion;

4.  This judgment of $5,173.76 shall bear interest at the rate of 0.48% per annum from the date of this Final Judgment, for which let execution issue;

5.  This judgment shall be enforceable as prescribed by 28 U.S.C. §§ 2001 et seq., 28 U.S.C. §§ 3001-3007, and Rule 69(a), Federal Rules of Civil Procedure;

6.  Any other pending motions are hereby denied as moot;

7.  The Clerk of the Court shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of June, 2009.

JAMES I. COHN
United States District Judge

copies to:

Jennifer Margolis, Esq.

Morris Hinds, pro se
6011 Orchard Tree Lane
Tamarac, FL 33319